**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-13021-AJC**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ivonne Amador   CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7922   Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $ 477.03    for months  1  to  60 ;
   B.   $_____ for months _____ to _____;
   C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $ 2,000.00
                  Balance Due      $ 2,250.00  payable $ 125.00  month (Months  1  to  18)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1.  n/a   
Address _____   Arrearage on Petition Date $ _____
                        Arrears Payment  $_____/month (Months____ to ___)
                        Arrears Payment  $_____/month (Months____ to ___)
                        Regular Payment  $_____/month (Months____ to ___)

2. _____   Arrears Payment  $_____
                  Arrears Payment  $_____/month (Months____ to ___)
                  Regular Payment  $_____/month (Months____ to ___)
                  Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxx3958<br>Prop Add: 235 W 52nd St<br>Hialeah, FL 33012 | $200,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service   Total Due $ 20,140.20
                               Payable $ 304.33 /month (Months  1  to  18 )
                               Payable $ 349.11 /month (Months  19 to  60 )

Unsecured Creditors: Pay $ 80.22 month (Months  19  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying GMAC Mortgage (Loan No. xxxxx5829) and BMW (Loan No. xxxx9772) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 02/22/12