UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
IVONNE AMADOR,                                              Case No. 12-13021-AJC
      Debtor
_____/                             Chapter 13

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 19TH day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

JP Morgan Chase Bank                          JP Morgan Chase Bank
c/o James L. Dimon, CEO                       c/o James L. Dimon, CEO
9200 Oakdale Avenue                           270 Park Avenue
Chatsworth, CA 91311                          New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Chase Home Finance, LLC                       Chase Home Finance, LLC
CT Corporation System, R.A.                   c/o David B. Lowman
1200 South Pine Island Road                   194 Wood Avenue South, 4th Floor
Plantation, FL 33324                          Iselin, NJ 08830