**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-13021-AJC**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ivonne Amador_____          CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7922_____          Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $_477.03____ for months _1_ to _60_ ;

    B.    $_____ for months _____ to_____ ;

    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                    TOTAL PAID    $2,000.00
                    Balance Due    $ 2,250.00  payable $ 125.00  month (Months  _1_ to _18_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____          Arrearage on Petition Date $ _____
Address _____          Arrears Payment $_____/month (Months____ to ___)
            _____          Arrears Payment $_____/month (Months____ to ___)
            _____          Regular Payment $_____/month (Months____ to ___)

2. _____          Arrears Payment $_____
_____          Arrears Payment $_____/month (Months____ to ___)
_____          Regular Payment $_____/month (Months___ to ___)
                                    Arrears Payment $ _____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxx3958<br>Prop Add: 235 W 52nd St<br>Hialeah, FL 33012 | $200,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]
1. Internal Revenue Service_____          Total Due $ 20,140.20_____
                                  Payable $ 304.33_____/month (Months _1_ to _18_ )
                                  Payable $ 349.11_____/month (Months _19_ to _60_ )

Unsecured Creditors: Pay $ 80.22  month (Months _19_ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying GMAC Mortgage (Loan No. xxxxx5829) and BMW (Loan No. xxxx9772) directly outside the plan. The debtor will provide copies of her income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary._____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 05/18/12