RE:    Ivonne Amador                         Case Number 12-13021

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

Plan does not conform to the following proof of claims:

Claim Number 8 filed by Internal Revenue Service priority of $20904.52. Plan only provides for payment of $20,140.56. No objection pending

Claim Number 16 filed by Miami-Dade County Tax Collector in the amount of $311.69

Claim Number 21 filed by JPMorgan Chase Bank with an arrears of $6395.30

*The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee*
*************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*

***The Trustee's recommendation for the confirmation hearing on   July 24, , 2012   is as follows:

Dismiss with prejudice 180 days: docs not received and issues not addressed, unless the debtor files/provides by **Tuesday July 17, 2012 by 5PM**
Obj/conform to claim #8, #16, and #21
if rec'd prior to July 17, 2012 continue to August 21, 2012 if not dismiss

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027             (954) 443-4402
**(PULLED FOR REVIEW 6/29/12)**
*DOCUMENTS MUST BE RECEIVED BY THE TUESDAY PRIOR TO THE HEARING TO AVOID DISMISSAL*