**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-13021-AJC**

☐     2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐             Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ivonne Amador                 CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7922       Last Four Digits of SS# _____

☐   This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

        A.     $ 941.13    for months  1  to  60 ;

        B.     $_____ for months _____to_____;

        C.     $_____ for months _____to _____ in order to pay the following creditors:

Administrative:       Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                     TOTAL PAID     $2,000.00
                     Balance Due      $ 2,250.00   payable $ 125.00  month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1.  n/a _____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months____ to ___)
        _____    Arrears Payment $_____/month (Months_____ to ___)
        _____    Regular Payment $_____/month (Months_____ to ___)

2._____    Arrears Payment $_____
_____    Arrears Payment $_____/month (Months____ to ___)
_____    Regular Payment $_____/month (Months___ to ___)
                                  Arrears Payment $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Loan No. xxxx3958 Prop Add: 235 W 52nd St Hialeah, FL 33012 | $200,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service _____     Total Due $ 45,201.52 _____
                                Payable $ 722.02 _____/month (Months  1  to  18 )
                                 Payable $ 766.80 _____/month (Months  19  to  60 )

Unsecured Creditors: Pay $ 80.22  month (Months  19  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying GMAC Mortgage (Loan No. xxxxx5829) and BMW (Loan No. xxxx9772) directly outside the plan. The debtor will provide copies of her income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary. _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 07/17/12