# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  Case Number: 12-13021-AJC
Chapter 13

Ivonne Amador,

_____ Debtor(s). _____/

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 14 |
| **Claimant:** | American Express Bank, FSB |
| **Reason:** | The Creditor returned funds stating the claim has been paid in full. *See* attached letter. |
| **Disposition:** | Sustain Objection and disallow claim except for amounts already disbursed by the Trustee. |

### Page 1 of 2

     **I CERTIFY** that a true and correct copy of this Objection to Claim was served via ECF on Counsel for the Debtor and the parties listed below on JANUARY 4, 2020.

NANCY K. NEIDICH, ESQUIRE<br>
STANDING CHAPTER 13 TRUSTEE<br>
P.O. BOX 279806<br>
MIRAMAR, FL  33027-9806

By: _Kenia Molina_
     KENIA MOLINA, ESQ.
     FLORIDA BAR NO: 0085156

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

American Express Bank, FSB
Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701
(Proof of Claim No. 14)

VIA CERTIFIED MAIL
American Express Bank
c/o Stephen J. Squeri, CEO
200 Vesey Street
50th Floor
New York, NY 10285-3106

Certified Mail Number: 7017 2620 0000 2780 0394

    7017 2620 0000 2780 0394

By: _Kenia Molina_
     KENIA MOLINA, ESQ.
     FLORIDA BAR NO: 0085156



SunTrust Lockbox Services

Individual Batch Report

13DE Neidich, Nancy     2099    10/16/2020

Check No:   Acct No:   Amount:   Batch: 911   Transaction: 4   Image: 3



BECKET & LEE LLP
ATTORNEYS AT LAW

16 GENERAL WARREN BOULEVARD
P.O. BOX 3001
MALVERN, PA 19355

(610) 644-7800
FACSIMILE: (610) 993-8493
E-MAIL: reporting@becket-lee.com

THOMAS A. LEE, III
SANDRA K. CURTIN
GILBERT B. WEISMAN

ALANE A. BECKET
JOHN D. SHEEHAN
WILLIAM J. BECKET

KENNETH W. KLEPPINGER
NATALIE H. MC GHEE
CRYSTAL JONES OSWALD
THOMAS F. GALLAGHER

MARGARET E. SCHIAVONE
DAWN S. OSMAN
CHRISTOPHER R. PFAFF

SENDER'S EXT. _____

* ALSO MEMBER NJ BAR
* ALSO MEMBER FL BAR
* ALSO MEMBER CA BAR

October 06, 2020

Nancy K. Neidich, Chapter 13 Trustee
PO Box 279806
Miramar, FL 33027

RE:   Debtor:            Ivonne Amador
      Case #:            12-13021
      Account #:         *1002
      Trustee Claim #:   22
      Refund Amount:     $70.37

Dear Ms. Neidich:

Please be advised that this office represents American Express in the above-referenced case. We have confirmed with our client that this account has been paid in full or is otherwise satisfied. Enclosed please find our client's refund check in the amount of $70.37. Accordingly, we request that no future distribution be made.

Please do not hesitate to contact me or Ramona Cartwright if you have any questions regarding this matter.

Very truly yours,

Becket & Lee LLP

By:/s/ *Linda A. Kirn*
Linda A. Kirn
Supervising Paralegal

LAK/rlc
Enclosures

BR03A