# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  
                                                  Case Number: 12-13021-AJC  
                                                  Chapter 13

Ivonne Amador,

_____ Debtor(s).         /

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 17 |
| **Claimant:** | American Express Centurion Bank |
| **Reason:** | The Creditor returned funds stating the claim has been paid in full. *See* attached letter. |
| **Disposition:** | Sustain Objection and disallow claim except for amounts already disbursed by the Trustee. |

### Page 1 of 2

     **I CERTIFY** that a true and correct copy of this Objection to Claim was served via ECF on Counsel for the Debtor and the parties listed below on __MARCH 4, 2021__.

NANCY K. NEIDICH, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL  33027-9806  

By: _/s/ Kenia Molina_  
KENIA MOLINA, ESQ.  
FLORIDA BAR NO: 0085156

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

American Express Centurion Bank  
Becket and Lee LLP  
Attorneys/Agent for Creditor  
POB 3001  
Malvern, PA 19355-0701  
(Proof of Claim No. 17)

American Express Centurion Bank  
4315 South 2700 West  
Salt Lake City, UT 84184

VIA CERTIFIED MAIL  
American Express Centurion Bank  
c/o Stephen J. Squeri, CEO  
200 Vesey Street  
50th Floor  
New York, NY 10285-3106

Certified Mail Number: 7017 2620 0000 2780 2886

    7017 2620 0000 2780 2886

By: _/s/ Kenia Molina_  
KENIA MOLINA, ESQ.  
FLORIDA BAR NO: 0085156

**Page 2 of 2**

**BECKET & LEE LLP**
ATTORNEYS AT LAW

16 GENERAL WARREN BOULEVARD
P.O. BOX 3001
MALVERN, PA 19355

(610) 644-7800
FACSIMILE: (610) 993-8493
E-MAIL: reporting@becket-lee.com

THOMAS A. LEE, III *
SANDRA K. CURTIN *
GILBERT B. WEISMAN *+◊

KENNETH W. KLEPPINGER *
NATALIE M. MC GHEE *
CRYSTAL JONES OSWALD *
THOMAS F. GALLAGHER *

ALANE A. BECKET *
JOHN D. SHEEHAN *
WILLIAM J. BECKET

MARGARET E. SCHIAVONE *
DAWN S. OSMAN *
CHRISTOPHER R. PFAFF *

* ALSO MEMBER NJ BAR
  ALSO MEMBER FL BAR
+ ALSO MEMBER CA BAR

SENDER'S EXT. _____

January 25, 2021

Nancy K. Neidich, Trustee
PO Box 279806
Miramar, FL  33027

RE:   Debtor:              Ivonne Amador
      Case #:              12-13021
      Account #:           *2007
      Trustee Claim #:     20

Dear Ms. Neidich:

Please be advised that this office represents American Express in the above-referenced case. We have confirmed with our client that this account has been paid in full or is otherwise satisfied. Accordingly, we request that no future distribution be made.

Please do not hesitate to contact me or Ramona Cartwright if you have any questions regarding this matter.

Very truly yours,

Becket & Lee LLP

By: /s/ Linda A. Kirn
Linda A. Kirn
Supervising Paralegal

LAK/rlc

BR03NR